## THE PAMPA.

(District Court, E. D. New York. August 29, 1917.)

ADMIRALTY ☞5—JURISDICTION—PUBLIC VESSEL OF FOREIGN POWER.

A vessel regularly enrolled as a ship of the Argentine navy, and flying the naval ensign of that republic, whose officers and crew were officers and enlisted men of such navy, was not subject to a libel for damages for a collision, though at the time of the collision carrying a cargo of general merchandise belonging to private persons, especially where the cargo was carried for the benefit of the government, and as an incident

☞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

to the vessel's voyage to this country to obtain coal and munitions for the use of that government.

In Admiralty. Libel by John B. Breymann and another, doing business as George H. Breymann & Bros., owners of the scow B. B. No. 19, against the Argentine steamship Pampa and her engines, boilers, tackle, etc. On order to show cause why the vessel should not be released from custody. Decree issued, releasing the vessel.

The Argentine naval transport Pampa was in collision with mud scow B. B. No. 19 on August 11, 1917, off Scotland Lightship. A libel has been filed in this court against the Pampa in rem, and the vessel has been attached by the marshal of this court, pursuant to the prayer of the libel. On August 27, 1917, upon motion of Messrs. Pavey, Wells & Gadrich, appearing specially for the motion, an order to show cause was granted, directing the libelants to show cause why the libel should not be dismissed for want of jurisdiction.

The Pampa is a vessel regularly enrolled as a ship of the Argentine navy, and flies the naval ensign of the Argentine Republic. Her officers all hold commissions from the Argentine government as officers of the navy. Her crew are enlisted men of the Argentine navy. At the time of the collision she was carrying a cargo of general merchandise belonging to private persons. The orders issued to the commander of the Pampa were as follows:

"Department of the Navy, Secretary's Office,

"Buenos Aires, July 14, 1917.

"To the Commander of the Transport Pampa:

"The captain Ismael F. Galindez, Secretary General of the Department of the Navy, advises you that by order of the Secretary of the Navy you are to leave with the ship under your command on the 15th of July, going to New York, U. S. A., port of destination for your cargo, about which you will receive instructions from the Director General of the Administration Department. * * * From ports of call you will get in communication with the Chief of the Argentine Naval Commission in the United States, whose cable address is 'Navalarg,' Washington, announcing the date of your arrival. In arriving at New York (U. S. A.) you will request orders from said Chief, advising him that you are bringing a cargo, and you will receive from him orders as to the cargo you are to bring on your return trip. The cargo you are to bring on your return voyage will be about 4,500 tons of coal. To increase the transporting capacity of your ship, you will discharge all the water not needed for your return voyage. In the United States you will fill your bunkers, and on your return voyage you must call at Porto Rico to replenish coal, etc., etc. * * * There is special interest that the transports should make these voyages in the shortest time possible, and we recommend you to hasten the operations at port to comply with that purpose. * * * It is absolutely prohibited to take passengers on board, or persons not a part of the crew, without express orders of this Department. We enclose herewith copies of reports of former commanders, and also an abstract of an executive order of the Government of the United States as to the defensive maritime areas around its coast. * * * In the outward voyage and also in the homeward voyage you will hoist the national ensign of war.

"[Signed]   I. F. Galindez."

After the arrival of the Pampa at New York, her commander received the following telegram:

"Commander Transport Pampa, Cr Henry Kessel, 25 Pearl St., New York, N. Y.:

"By order ministerio de Marina you will take on Pampa naval material from Kessel in New York and four thousand tons of coal and artillery material from Bethlehem in Philadelphia commander Campos Urquiza president Argentine Naval Commission."

The coal and war material which the Pampa was to take on her return voyage had all been contracted for prior to the time when the cargo of general

merchandise was placed on board the vessel at Buenos Aires. The vessel was entered at the custom house, New York City, in the usual manner for merchant vessels, and the cargo discharged at New York. During the discharge, and while the commander of the Pampa was under orders to take on board the war material above mentioned, the vessel was attached by the marshal. The ship's manifest shows that there were about 65 shipments made at the port of loading, and that there were about one-half that number of consignees for the cargo at the port of New York. J. F. Whitney & Co., agents for the cargo at New York, have collected in the neighborhood of $60,000 freight on the cargo, which is ultimately to be turned over to the Argentine naval commission at Washington.

The foregoing facts are stipulated by counsel.

Pavey, Wells & Gadrich, of New York City (F. D. Gadrich and T. Catesby Jones, both of New York City, of counsel), for the motion.

Kirlin, Woolsey & Hickox and R. S. Erskine, all of New York City, opposed.

VEEDER, District Judge (after stating the facts as above). Upon the facts stipulated the uniform course of authority requires the release of this vessel. The Parlement Belge, 5 P. D. 197; The Constitution, 4 P. D. 39; The Exchange, 7 Cranch, 116, 3 L. Ed. 287; Workman v. New York City, 179 U. S. 552, 566–570, 21 Sup. Ct. 212, 45 L. Ed. 314; Tucker v. Alexandroff, 183 U. S. 424, 440–446, 22 Sup. Ct. 195, 46 L. Ed. 264. I adopt as a statement of the controlling principle what was said by the Circuit Court of Appeals for the Fourth Circuit in the recent case of The Attualita, 238 Fed. 909, 911, 152 C. C. A. 43, 45:

"For actions of the public armed ships of a sovereign, and of those, whether armed or not, which are in the actual possession, custody, and control of the nation itself, and are operated by it, the nation would be morally responsible, although without her consent not answerable legally in her own or other courts."

Moreover, it appears that, although this vessel was carrying a general cargo, the cargo was carried for the benefit of the Argentine Republic, and as an incident to her voyage to this country to obtain coal and munitions for the use of the Argentine Republic.

A decree will issue, releasing the vessel from arrest.

